U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 26 2016

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GARY BOUDREAUX<br>LA. DOC. 101068<br>VS. | CIVIL ACTION NO. 6:15-cv-1870<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| WARDEN BURL CAIN | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for *habeas corpus* be deemed successive and **DENIED AND DISMISSED WITH PREJUDICE** for want of jurisdiction.

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this 26th day of May, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE